■ In the Matter of CHARLES W. PONELLA, Respondent, v WILLIAM H. SCHERMERHORN et al., Constituting the Board of Appeals of the Town of Islip, et al., Appellants.—In a proceeding pursuant to CPLR article 78 *inter alia* to annul a determination of appellant, Board of Appeals of the Town of Islip, dated May 14, 1974 and made after a hearing, denying petitioner's application for a variance, the appeal is from a judgment of the Supreme Court, Suffolk County, entered December 4, 1974, which granted the application and directed appellant Director of the Department of Buildings and Housing to issue a building permit to petitioner. Judgment affirmed, without costs. Under the circumstances of this case, petitioner is entitled to erect a one-family home on the substandard parcel here involved. Martuscello, Acting P. J., Latham, Margett and Brennan, JJ., concur; Cohalan, J., not voting.

■ In the Matter of MORRIS SCHIFF, Petitioner, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.—Proceeding pursuant to CPLR article 78 *inter alia* to annul a determination of respondent Board of Education of the City of New York, dated April 3, 1974 and made after a hearing, discharging petitioner as a teacher of social studies. Determination confirmed and proceeding dismissed on the merits, with costs. The record in this proceeding amply supports the determination under review. Hopkins, Acting P. J., Martuscello, Margett, Christ and Munder, JJ., concur.

■ In the Matter of 392 EAST 4TH STREET REALTY CORP., Respondent, v HARRISON TARVER, SR., Appellant.—In a proceeding to discharge a mechanic's lien of record, the appeal is from an order of the Supreme Court, Kings County, entered April 21, 1975, which granted the application. Order affirmed, without costs, upon the memorandum at Special Term. Martuscello, Acting P. J., Latham, Cohalan, Margett and Brennan, JJ., concur.

■ In the Matter of FRED UNSER, JR., Respondent, v TOWN BOARD OF THE TOWN OF OYSTER BAY et al., Appellants.—In an action *inter alia* for a declaratory judgment, defendants appeal from a judgment of the Supreme Court, Nassau County, dated February 7, 1975, which, after a nonjury trial, declared that the Zoning Ordinance of the Town of Oyster Bay is unconstitutional insofar as it affects certain property owned by plaintiff. Judgment affirmed, with costs. The trial court correctly found that the zoning ordinance was unconstitutional as applied to plaintiff's property. Hopkins, Acting P. J., Martuscello, Margett, Christ and Munder, JJ., concur.

■ In the Matter of UTILITY WORKERS OF AMERICA AFL-CIO, LOCAL 393, Appellant, v PUBLIC EMPLOYMENT RELATIONS BOARD, Respondent.—In a proceeding pursuant to CPLR article 78 to annul respondent's determination *inter alia* suspending petitioner's dues deduction privileges for 12 weekly pay periods, petitioner appeals from a judgment of the Supreme Court, Suffolk County, entered June 20, 1975, which dismissed the petition. Judgment affirmed, with $20 costs and disbursements *(McCoy v Helsby*, 34 AD2d 252, affd 28 NY2d 790). Rabin, Acting P. J., Cohalan, Margett, Brennan and Shapiro, JJ., concur.